IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Action No. 06- 142 |
| | ) |
| JUAN FRANCISCO FLORES-BARAHONA, | ) |
| | ) |
| Defendant | ) REDACTED |
| | ) |

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### Count One

On or about November 21, 2006, in the District of Delaware, JUAN FRANCISCO FLORES-BARAHONA, the defendant, an alien and subject of El Salvador, who had been removed from the United States on or about May 3, 2001, was found in the United States, and the defendant was knowingly in the United States unlawfully, and prior to the defendant's re-embarkation at a place outside the United States, neither the Attorney General nor the Undersecretary for Border and Transportation Security, Department of Homeland Security, had expressly consented to the defendant's re-application for admission, in violation of Title 8, United States Code, Section 1326(a) and (b)(2).

A TRUE BILL:


Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____
Ilana H. Eisenstein                                    Dated:
Assistant United States Attorney