IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JUAN FRANCISCO FLORES-BARAHONA ) | Criminal Action No. 06-142 |

### MOTION AND ORDER FOR BENCH WARRANT

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Ilana H. Eisenstein, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court for the issuance of an arrest warrant against the defendant, Juan Francisco Flores-Barahona as a result of the Indictment returned against him on December 14, 2006.

COLM F. CONNOLLY
United States Attorney

By: /s/
Ilana H. Eisenstein
Assistant United States Attorney

Dated: December 14, 2006

**AND NOW**, this _14th_ day of _DECEMBER_, 2006, upon the foregoing Motion, **IT IS ORDERED** that a warrant issue for the arrest and apprehension of Juan Francisco Flores-Barahona.

/s/ Mary Pat Thynge
Honorable Mary Pat Thynge
United States Magistrate Judge