✶ Filed in open court 1/11/07

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal Action No. 06-142 |
| ) | |
| JUAN FRANCISCO FLORES-BARAHONA, ) | |
| ) | |
| Defendant ) | |
| ) | |

## MOTION FOR DETENTION HEARING

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves (**check all that apply**):

   \_\_\_\_ Crime of violence (18 U.S.C. § 3156)

   \_\_\_\_ Maximum sentence life imprisonment or death

   \_\_\_\_ 10+ year drug offense

   \_\_\_\_ Felony, with two prior convictions in above categories

   \_\_\_\_ Minor victim; <u>possession or use of firearm</u>, destructive device or other dangerous weapon; or failure to register under 18 U.S.C. § 2250

   \_X\_ Serious risk defendant will flee

   \_\_\_\_ Serious risk obstruction of justice

2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

   \_X\_ Defendant's appearance as required

   \_\_\_\_ Safety of any other person and the community

3. **Rebuttable Presumption**. The United States WILL NOT invoke the rebuttable presumption against defendant under § 3142(e). (If yes) The presumption applies because (**check one or both**):

 ___ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c)

 ___ Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

 ___ At first appearance

 _X_ After continuance of _3_ days (not more than 3).

5. **Temporary Detention**. The United States request the temporary detention of the defendant for a period of _____ days (not more than 10) so that the appropriate officials can be notified since (**check 1 or 2, and 3**):

 1. At the time the offense was committed the defendant was:

  ___ (a) on release pending trial for a felony;

  ___ (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

  ___ (c) on probation or parole for an offense.

 ___ 2. The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

 ___ 3. The defendant may flee or pose a danger to any other person or the community.

DATED this  11th  day of  January , 200 7 .

          Respectfully submitted,

          COLM F. CONNOLLY
          United States Attorney

BY: *[signature]*
          Ilana H. Eisenstein
          Assistant United States Attorney