IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Criminal Action No. 06-142-JJF |
| JUAN FRANCISCO FLORES-BARAHONA, | ) ) | |
| Defendant. | ) ) | |

**MOTION FOR CONTINUANCE OF SCHEDULING CONFERNECE**

NOW COMES the United States, through counsel, and respectfully states as follows:

1. This Court has set a scheduling conference for Monday, April 16, 2007 at 4:30 PM.

2. The defendant has agreed to change his plea pursuant to the previously submitted Memorandum of Plea Agreement.

3. The parties have submitted a letter to this Court requesting the scheduling of a change of plea hearing pursuant to Federal Rule of Criminal Procedure 11.

4. The United States submits that, in the interest of justice, 18 U.S.C. §3161(h)(8)(A), the Court exclude under the Speedy Trial Act the time from the date of this document's filing until the date of the change of plea hearing, and find that the ends of justice served by such a brief continuance would outweigh the best interest of the public and the defendant in a speedy trial.

WHEREFORE, the United States respectfully requests that the Court continue the scheduling conference, and exclude time under the Speedy Trial Act.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: _____
Ilana H. Eisenstein
Assistant United States Attorney

Dated:  April 16, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Criminal Action No. 06-142-JJF |
| JUAN FRANCISCO FLORES-BARAHONA, | ) ) | |
| Defendant. | ) | |

**ORDER**

IT IS HEREBY ORDERED this _____ day of April, 2007, that the scheduling conference originally set for April 16, 2007, at 4:30pm, is continued; and

IT IS FURTHER ORDERED that the time from today's date until the date of a change of plea hearing is excluded under the Speedy Trial Act, and that such an exclusion is in the interests of justice, and that the interest of resolving the case without a trial outweighs the public's and the defendant's interest in a speedy trial.

                                                                                                     Honorable Joseph J. Farnan, Jr.
                                                                                                     United States District Judge

## CERTIFICATE OF SERVICE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal Action No. 06-142-JJF |
| | ) |
| JUAN FRANCISCO FLORES-BARAHONA, | ) |
| | ) |
| Defendant. | ) |

I, Sharon Bernardo, an employee of the United States Attorney's Office, hereby certify that on April 16, 2007, I electronically filed the foregoing:

**MOTION FOR CONTINUANCE OF SCHEDULING CONFERENCE**

with the Clerk of the Court using the CM/ECF which will send notification of such filing to:

Eleni Kousoulis, Esquire
Federal Public Defender's Office
First Federal Plaza, Suite 110
704 King Street
Wilmington, DE 19801
ecf_ek@msn.com

*/s/ Sharon Bernardo*