IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 06-142-JJF |
| | ) | |
| JUAN FRANCISCO FLORES-BARAHONA, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

IT IS HEREBY ORDERED this ___10___ day of April, 2007, that the scheduling conference

originally set for April 16, 2007, at 4:30pm, is continued; and

IT IS FURTHER ORDERED that the time from today's date until the date of a change of plea

hearing is excluded under the Speedy Trial Act, and that such an exclusion is in the interests of justice,

and that the interest of resolving the case without a trial outweighs the public's and the defendant's

interest in a speedy trial.

Honorable Joseph J. Farnan, Jr.
United States District Judge

FILED

APR 1 7 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE