IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06-142-JJF |
| JUAN FRANCISCO FLORES-BARAHONA, | : |
| Defendant. | : |

### O R D E R

WHEREAS, the Court has been advised that Plea Agreement has been reached (D.I. 11);

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. A Rule 11 hearing will be held on **Tuesday, May 10, 2007 at 10:00 p.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

2. The time between the date of this Order and May 10, 2007 shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.)

April 20, 2007
DATE

_____
UNITED STATES DISTRICT JUDGE



FILED
APR 20 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE