HONORABLE JUEZ JOSEPH

From: Juan Francisco Flores Barahona.  C.A.N-06-142-JJF
To: HONORABLE "JUEZ" Joseph S. FERNAN JR.

JUN 12 2007

Dios te BENdiga mi HONORABLE JUEZ JOSEPH.
EL motivo DE ESTA CARTA, ES PARA PEdirle PERdón POR HABER REENTRAdo a Estados Unidos; mi motivo FUE POR TRATAR de buscAR a mis 4 Hijos, PERO FUE dificil, ME los NEGARON, Luego yo Ilegal, TENia miedo que ME AGARRARA Immigración; mas yo ESTUBE ENFERMO POR MAS DE 15 AÑOS bajo La ENFERMEDAD, ALCOHOLICA;
Toda mi Familia ES CRISTIANA, Y DE TANTO ELLOS Hablarme mi Problema Y ENFERMEdAd SE HA ido poco a poco.
Yo Fui ARRESTAdo POR immigracion en NOV-2006- yo ya Llevaua meses SIN TomAR, Yo LE SERVia a Dios, Y AHORA desde ENERO de ESTE Año, yo ESTOY Aqui preso Y YO LE SIRVO a Dios CANTAndo ALABANSAS, de Dios a Los PRESOS, Y TAMBIEN HE ESTADO ESTUDIANdo un poco de Ingles Aqui Adentro; -

Mi HONORABLE JUEZ yo ya No AGUANTO, mis Riñones mi cabeza Y Todo mi CUERPO; POR FAVOR YO Ya ESTOY DETENIDO Aqui desde Nov- 21 del 2006, MAS de 7 MESES Se lo suplico, mi Niñita de 4 AÑOS, ESTA SUFRIENdo por mi, siempre que Hablo con ELLA mE dice PAPiTo, Tu comprARME SApatos, Tu comprarme McDONAld- etc.
POR FAVOR, Si No mE VAN a SOLTAR Aqui, DEPORTENME; LES Firmo CUALQUIER PAPEL, HE comprendido, Que USTEdES No ME QUIEREN Aqui, si USTEDES mE piden que No VUELVA a ESTE-
OTHER

PAIS NO VOLVERE;

Reconosco que Por mi Problema del Alcohol fallé a las citas de immigracion en 1,999, y fui deportado; mi abogado ERA, Jose Luis Trujillo.

Aqui Tengo Algunas Personas de Referencia que HASTA HE vivido con ellos;

1- EX Officer Haiway Patrol; "PAUL Hamblin"
    801-572-4143.

Rodolfo Zuniga, no Recuerdo su telefono, pero Creo que Trabaja, EN Departamento de Investigacion en US. Homeland Security,

Ellos me conocen, Como, buen trabajador, pero Tambien con mi gran problema alcoholico. Pero las cosas Viejas ya pasaron y Ahora Todas Son echas Nuevas en Cristo Jesus.
Yo ya no vuelvo a tomar alcohol.

Mi Honorable Juez por favor si me sueltan Aqui me voy a portar bien y si me deportan, ya no regreso, a este pais, mi Respeto es para ustedes, y Yo ya no aguanto tanto mes Aqui preso mi madre esta muy enferma del corazon, la tengo que ir a cuidar,.

Dios le Bendiga mi Honorable Juez Joseph, y Todo El gobierno
THANK YOU. God Bless You.                    Perdon a Todos.

# Certificate of Achievement

This certificate is awarded to

*Juan Flores-Barahona*

In recognition of receiving twelve (12) hours of ESL instruction consisting of English, Civics, and Life Skills.  These classes are offered in collaboration between the Salem County Vocational Technical Schools and the staff at the Salem County Correctional Facility.

English Language Civics Program

_Frances Wolf_    Date 4/24/07
Frances Wolf, Teacher

_Susanna R. Wooton_    Date 4/26/07
Susanna R. Wooton, Director of Community Services

_J. Thomas Massey_    Date 04-26-07
J. Thomas Massey, Jr., Director of Inmate Services

Ivan Francisco Flores Barahona. No 06-142-JJF
Reg # 05195-015
Salem Correctional Facility
125 Cemetery Road.
Woodstown, NJ, 08098

SOUTH JERSEY NJ 080
11 JUN 2007 PM 5 T
USA 41

Honorable Judge, Joseph T. Fernan, Jr.
United States District Court Judge
District of Delaware.
844 King Street
Wilmington, DE, 19801

MAILED FROM
SALEM COUNTY
CORRECTIONAL FACILITY