HAPPY FATHER'S DAY

JUN-17 2007

MY HONORABLE JUDGE Joseph J. Farnan JUN 19 2007

RECEIVED JUN 17 2007

TO: MY HONORABLE JUDGE: Joseph J. Farnan, Jr.

Mi Honorable Juez yo Juan Francisco Flores, en este dia especial; dia del Padre.

Te comunico que para mi a sido trizte, ayer sabado un amigo de la raza negra, me hizo un triguey (3 way) con mi esposa y mi niñita; ~~[redacted]~~ pero se me cortó la llamada al segundo minuto. No me pudieron felicitar mis otros 2 hijos de 15 años Sandrita, de 14 años Armandito, estan en el Salvador esperandome, mis otros niños no se en que lugar de Utah, estan con su mama, mi ex esposa.

Pero mi Honorable Juez "Joseph" aun asi como estoy sufriendo y llorando, yo en el nombre de Nuestro Dios; y con todo mi corazón

Yo Lo Felicito esperando que pase

¡Un Feliz Dia del Padre;

Al lado de sus Hijitos, Esposa

Y al lado de su Papá. Y toda su Familia amigos y compañeros de trabajo. Dios me lo Bendiga,

Con Todo El Respeto que usted se merese y con Un "perdon" por si aparte del REENTRE yo lo He ofendido.

me despido Humildemente:

            Juan Francisco Flores Barahona.

Que Dios me lo Bendiga y me le de largos Años de Vida.    Amen.

JUN-17-2007.                "NOTA" -/-                    JUN-17-2007

Mi Honorable Juez yo Le estoy orando y ayunando a mi Señor Celestial; El ya Hizo muchos milagros en mi Vida Uno de ellos, Asido poco a poco, Pero estoy Seguro que mi Vicio Alcoholico, A llegado A su fin.

Por culpa de mi Vicio; Perdi a mi ex esposa me dejo por otro Hombre, Se fue con mis Hijitos.

Estube A punto de Perder a mi Esposa Actual con mi "Martita". Pero el averme yo entregado yo con todo mi corazón a Dios Aqui en la Carcel, en Recompensa, Diosito me Ha Regresado a mi Esposa y a mi Hijita MARTHA IRENE de 4 Años. Ellas me estan esperando, Afuera, Con La FE que no me van a Deportar, pero Si me deportan, Luego Luego Ellas Se ban Para El Salvador.

Yo Aqui en la Carcel He estudiado un poco de Ingles, Y Tambien Le Sirvo a Dios He escribido 5 Alabanzas propias mias, me gustaria Cantarles Una cuando vaya a Sentensia en la Corte. Una se llama, "Alabemos a Jeová" otra "Cuando Andube en Las Tinieblas", "Cansion a mi madre" y otras

-/- POR REFERENSIAS -/-

Capellan de Aqui de La Carcel " Capellan "Mousey" 856-7694300

Iglesia "Fuente de Amor" Pastores Radamés, Gregory, y Benedicto,
church (856) 299-7717
Celular: 856 279 9560.

NOTA -2-

Por favor ya no Aguanto en la carcel, saquenme por favor".

Yo Soy Profesional con más de 15 años de experiensia en la pintura de casas. Exterior, y Interior, Colores, Draywall, etc.

Si me perdonaran, y me soltarrin Aqui no se van a rrepentir, Cristo a Cambiado mi vida. Lo que quiero es salir a cantar cansiones a Dios, predicar su palabra de Dios a todos los Nesesitados,

Y si les tengo que pagar por Vida un 10 por 100, de mi sueldo, lo Haré, Ayudemme yo nunca he sido un peligro, Diosito lo sabe el alcoholismo, me ha tenido Atado, toda my juventud Hasta, los 36 años Hoy tengo 38 años,

Con lagrimas en mis Hojos les suplico, Hoy que ya no voy a tomar, quiero salir a disfrutar el Amor de mi unica y ultima Hijita de 4 añitos que Dios me a dado, Nasida en U.S.A. MARTHA MARTHITA.

Dios les bendiga los amo a todos en Cristo. Honorable, Jueses, Fiscales y abogados Y Traductores.

Juan Francisco Flores Barahona
SCCF
25 Cemetery Road
Woodstown NJ 08098

MAIL FROM:
SALEM COUNTY
CORRECTIONAL FACILITY

Salem County Correctional Facility
This Address is A County Institution
The Addressor is An Inmate
Salem County is Not Responsible
For Debt's Incurred By This Inmate

SOUTH JERSEY NJ 080
15 JUN 2007 PM
USA 41



THHE Honorable Joseph I. Farnan Jr.
United States District Court Judge
District of Delaware
844 King Street
Wilmington, DE 19801