IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-142-JJF |
| JUAN FRANCISCO FLORES-BARAHONA, | : | |
| Defendant. | : | |

**MOTION FOR CONTINUANCE OF SENTENCING**

Defendant, Juan Francisco Flores-Barahona, by and through his undersigned counsel, Eleni Kousoulis, hereby moves the Court for an order continuing the sentencing hearing in this case. In support of the motion, the defense submits as follows:

1. Mr. Flores-Barahona is currently scheduled for sentencing on August 2, 2007, at 12:00 p.m.

2. Defense counsel received the initial draft of the Presentence Report (PSR) on July 6, 2007. In the PSR, Mr. Flores-Barahona is assessed an eight point increase in his offense level stemming from a 2004 Maryland assault conviction, because the U.S. Probation Officer preparing the report believes that this conviction qualifies as an aggravated felony. Defense counsel was not aware of this factor prior to receiving the PSR, and defense counsel believes that this conviction does not qualify as an aggravated felony. Defense counsel requires additional time to review the PSR and to

look further into this issue. Defense counsel would also like additional time in order to prepare something in writing to submit to the Court outlining the defense's position on this issue.

      3.      Defense counsel respectfully requests that Mr. Flores-Barahona's sentencing be continued for two weeks to allow defense counsel time to respond to this information contained in the PSR and to adequately prepare for sentencing.

      4.      AUSA Ilana Eisenstein does not oppose this request for a continuance, so long as the continuance is not lengthy.[1]

WHEREFORE, Mr. Flores-Barahona respectfully requests that the Court continue the sentencing hearing in this matter for two weeks, until anytime after August 16, 2007.

                          Respectfully Submitted,

                          /s/
                        Eleni Kousoulis, Esquire
                        Assistant Federal Public Defender
                        704 King Street, Suite 110
                        Wilmington, Delaware 19801
                        (302) 573-6010
                        ecf_de@msn.com
                        Attorney for Defendant Flores-Barahona

DATED: July 20, 2007

---

[1] Ms. Eisenstein does not oppose defendant's request for continuance of sentencing so long as the sentencing is scheduled prior to August 31, 2007.

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 06-142-JJF |
| | : | |
| JUAN FRANCISCO FLORES-BARAHONA, | : | |
| | : | |
| Defendant. | : | |

**<u>ORDER</u>**

In response to Mr. Flores-Barahona's Motion for Continuance of Sentencing, this Court HEREBY ORDERS on this _____ day of _____, 2007, that Defendant's sentencing hearing be re-scheduled for the _____ day of _____, 2007 at _____ a.m./p.m.

_____
The Honorable Joseph J. Farnan, Jr.