IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-142-JJF |
| JUAN FRANCISCO FLORES-BARAHONA, | : | |
| Defendant. | : | |

### ORDER

In response to Mr. Flores-Barahona's Motion for Continuance of Sentencing, this Court HEREBY ORDERS on this __24__ day of __July__, 2007, that Defendant's sentencing hearing be re-scheduled for the __22__ day of __August__, 2007 at __12:00__ ~~a.m.~~/p.m.

_____
The Honorable Joseph J. Farnan, Jr.