IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 06-142-JJF |
| | : | |
| Juan Francisco Flores-Barahona, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF APPEAL

Notice is hereby given that Juan Francisco Flores-Barahona, defendant in the above-captioned case, through his attorney, Eleni Kousoulis, Assistant Federal Public Defender, hereby appeals to the United States Court of Appeals for the Third Circuit, from the Judgment entered by the Honorable Joseph J. Farnan Jr., in this action on the 4th day of September, 2007, in the United States District Court, Wilmington, Delaware.

      /s/
ELENI KOUSOULIS, ESQUIRE
Federal Public Defender
704 King Street, Suite 110
Wilmington, DE 19801
Attorney for Defendant

DATED: September 13, 2007