Criminal Action N° 06-142-JJF

To:   August 29-2007
MY Honorable Judge Joseph J. Farnan JR.

God Bless you Honorable Judge Joseph. my English is not very good but I write this letter with all the Respect (RESPETO) I have for you.

All the Honor is for you. Please I want to Appeal my Sentence, my Case, but I need other Lawyer (Attorney).

Yesterday, Tue-28, my Lawyer Eleni Kousoulis she came to see me, she talk with me, and she is doing my Appeal but please, I would like to talk to my new Lawyer ass soon is possible, please.

You know my Alcohol Problem, but in the name of GOD please help me, this is MY FIRST REENTRY, 33 months is tomuch (MUCHO), Pleas, in the name of the LORD can you reduce my sentence, in LESS TIME, for "PROBATION" to do not come back from my country (El Salvador) to this country.

I talk to my wife today, and she told me, she love me, and my dauther my Byby, Martha Irene Flores, she missing me (me extraña) they are suffering for me, and I'm suffering alot.

My Honorable Judge Farnan, God Bless you at you and your Sons, Wife and all your family.
   THANK YOU.   Juan Francisco Flores Barahona.

"NOTA" Important.

When my NEW LawyER came to see me, I'm going to explain HEm some other things.

Because I know; you Donot liKE people on the STREET, SALES Drugs or Sale Ilegals papers.

I'm going to explain and Talk to my Lawyer.

When I WAS PREAching with my Brothers of the CHURCH, I look some things like this

I'm going to explain To MY NEW Lawyer.

TANK you and god Bless you.

"2"

I'm THINKing tomuch, my mother on El Salvador, is VERY Sick,
My other DAUGther 17 years Old, NEEdme,

In my Country WE HAVE GANGS (MARAS), and this bad people falow my sons.
Please, in the Name of god DEPORT me; send me BACK to El Salvador.

My HAd is sick. Im Suffering.



From:
Juan Francisco Flores B.
125 Cemetery Rd.
Woodstown NJ 08098

U.S.M.S
X-RAY

MAILED FROM
SALEM COUNTY
CORRECTIONAL FACILITY

13801/3518

SOUTH JERSEY NJ 080
30 AUG 2007 PM 2
USA 41

To:
Honorable Judge: Joseph J Farnan Jr
United States Of America
District Court Of Delaware
US. CtHSE, 844 King St.
Lock Box 27, Wilmington DE, 19801