CR06-142 JJF

February 28, 2008

Dear Clerk,   File #  2007-00079
    Case #  06-142-JJF

    I wish to know if my attorney, **Eleni Kousoulis,** has appealled my case, in particular, has she sent a Motion to Reconsider the sentence, as there was an error. I do not speak or write English, but have a Law Librarian assist in all legal matters. If she has not submitted a Motion for Reconsideration of my sentence, please apply this motion for me. May I receive a Court Docket Sheet of this Appeal matter for my records as well.

                                        Sincerely,

cc; Judge

                                    Flores Barahona, Juan Fransico

FILED / Received   MAR - 3 2008   U.S. DISTRICT COURT   DISTRICT OF DELAWARE